```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 22232
    CAROL L SIMMONS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-9396


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/25/2008 and was not confirmed.

     The case was dismissed without confirmation 11/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------

AT&T                       UNSEC W/INTER  NOT FILED           .00           .00
AT&T                       UNSEC W/INTER  NOT FILED           .00           .00
AT&T                       UNSEC W/INTER      160.52          .00           .00
SOUTHWEST AIRLINES CO      UNSEC W/INTER  NOT FILED           .00           .00
BANK OF AMERICA NA         UNSEC W/INTER  NOT FILED           .00           .00
BARR MANAGEMENT            UNSEC W/INTER     1136.00          .00           .00
BARCLAYS BANK DELAWARE     UNSEC W/INTER  NOT FILED           .00           .00
SEARS                      UNSEC W/INTER  NOT FILED           .00           .00
CASHLAND FINANCIAL         UNSEC W/INTER  NOT FILED           .00           .00
CHECK AMERICA              UNSEC W/INTER  NOT FILED           .00           .00
CHEX SYSTEMS COLLECTION    UNSEC W/INTER  NOT FILED           .00           .00
CLERK OF THE CIRCUIT COU   UNSEC W/INTER  NOT FILED           .00           .00
COLLECTION COMPANY OF AM   UNSEC W/INTER  NOT FILED           .00           .00
COLLECTION CO OF AMERICA   UNSEC W/INTER  NOT FILED           .00           .00
COLLECTION COMPANY OF AM   UNSEC W/INTER  NOT FILED           .00           .00
COLLECTION COMPANY OF AM   UNSEC W/INTER  NOT FILED           .00           .00
COMCAST CABLE              UNSEC W/INTER  NOT FILED           .00           .00
COOK COUNTY STATES ATTOR   UNSEC W/INTER  NOT FILED           .00           .00
COOK COUNTY STATES ATTOR   UNSEC W/INTER  NOT FILED           .00           .00
FIRST CASH ADVANCE         UNSEC W/INTER  NOT FILED           .00           .00
FIRST NAITONAL CREDIT/LE   UNSEC W/INTER  NOT FILED           .00           .00
GLOBAL E TELECOM INC       UNSEC W/INTER  NOT FILED           .00           .00
GUARANTY BANK BEST BANK    UNSEC W/INTER  NOT FILED           .00           .00
HEAVNER SCOTT BEYERS & M   UNSEC W/INTER  NOT FILED           .00           .00
ILLINOIS TITLE LOANS       UNSEC W/INTER  NOT FILED           .00           .00
INGALLS MEMORIAL HOSPITA   UNSEC W/INTER  NOT FILED           .00           .00
ECONOMY INTERIORS INC      UNSEC W/INTER  NOT FILED           .00           .00
MEDICAL PAYMENT DATA       UNSEC W/INTER  NOT FILED           .00           .00
MEDICAL PAYMENT DATA       UNSEC W/INTER  NOT FILED           .00           .00
MEDICAL PAYMENT DATA       UNSEC W/INTER  NOT FILED           .00           .00
NEW MILLENNIUM BANK        UNSEC W/INTER  NOT FILED           .00           .00
NICOR GAS                  UNSEC W/INTER  NOT FILED           .00           .00
PAYPAL INC                 UNSEC W/INTER  NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER      538.57          .00           .00
RICHARD J DALEY CNTR       UNSEC W/INTER  NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 22232 CAROL L SIMMONS
```

```
ROGERS & HOLLAND           UNSEC W/INTER       21.61                .00           .00
SALLIE MAE/UNITED STUDEN   UNSEC W/INTER     3841.08                .00           .00
SULLIVAN URGENT AID CENT   UNSEC W/INTER   NOT FILED                .00           .00
THE LOAN MACHINE           UNSEC W/INTER   NOT FILED                .00           .00
WIRBICKI LAW GROUP         NOTICE ONLY     NOT FILED                .00           .00
AURORA LOAN SERVICES       CURRENT MORTG         .00                .00           .00
AURORA LOAN SERVICES       MORTGAGE ARRE    28902.13                .00           .00
COOK COUNTY TREASURER      SECURED            828.36                .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00                .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    20000.00                .00           .00
SANTANDER CONSUMER USA     SECURED VEHIC     7155.62                .00           .00
ILLINOIS TITLE LOANS       SECURED VEHIC     2260.00                .00           .00
ROGERS & HOLLAND           SECURED            300.00                .00           .00
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00                .00           .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE    30307.09                .00           .00
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00                .00           .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE         .00                .00           .00
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00                .00           .00
WILL COUNTY TREASURER      SECURED           3928.92                .00           .00
AMANDA ZIRKLE              NOTICE ONLY     NOT FILED                .00           .00
CAROLYN BUTCHER            NOTICE ONLY     NOT FILED                .00           .00
MUNIRAH HABEEL             NOTICE ONLY     NOT FILED                .00           .00
WASHINGTON MUTUAL BANK     MORTGAGE NOTI   NOT FILED                .00           .00
WASHINGTON MUTUAL BANK     SECURED NOT I    17193.49                .00           .00
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00                .00           .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE         .00                .00           .00
AURORA LOAN SERVICES       MORTGAGE NOTI   NOT FILED                .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE NOTI   NOT FILED                .00           .00
ERNESTO D BORGES JR        DEBTOR ATTY      1,614.00                              .00
TOM VAUGHN                 TRUSTEE                                                .00
DEBTOR REFUND              REFUND                                                 .00


         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS                DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                       .00
DEBTOR REFUND                                              .00
                          ---------------      ---------------
TOTALS                                .00                  .00
```

              PAGE  2 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 22232 CAROL L SIMMONS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/24/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |